**Opinion filed** May 9, 2024



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00052-CV
_____

### NOEMI DOMINGUEZ, Appellant

### V.

### GOLDMAN SACHS BANK USA, Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC24296**

## M E M O R A N D U M   O P I N I O N

Appellant, Noemi Dominguez, filed a notice of appeal from the trial court's summary judgment in favor of Appellee. When this appeal was docketed, the clerk of this court requested that Appellant remit the $205 filing fee and file a docketing statement on or before March 18, 2024. On March 25, we notified Appellant by letter that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and to file the docketing statement on or before April 1, 2024, and we informed Appellant that the failure to comply with

these two requirements "may result in dismissal of the case."  On April 2, 2024, we further extended the deadline for Appellant to pay the filing fee and file the docketing statement to April 12, 2024, again informing her that the failure to comply "may result in dismissal of the case."  As of this date, we have not received the filing fee or the docketing statement from Appellant.

Because Appellant has failed to pay the required filing fee and has failed to comply with this court's directives, we dismiss the appeal.  *See* TEX. R. APP. P. 5, 42.3.


JOHN M. BAILEY
CHIEF JUSTICE


May 9, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.